■ In the Matter of ROBERT B. FRIEDMAN, Respondent, v. COUNCIL OF NATIONAL BOARD OF DENTAL EXAMINERS OF THE AMERICAN DENTAL ASSOCIATION, Appellant.— Judgment, Supreme Court, New York County, entered on July 9,

1971, unanimously affirmed, without costs and without disbursements. The respondent-appellant is directed to promulgate the results of the examination. No opinion. Concur — Markewich, J. P., Nunez, Kupferman, McNally and Tilzer, JJ.